MILDRED HILL, Respondent, *v.* MORRIS WHITE PROPERTIES
CORPORATION, Appellant.

Argued October 14, 1940; decided November 13, 1940.

658

*George J. Stacy* and *James J. Mahoney* for appellant.

*Joseph B. Kenny, Harry B. Chambers, Harry H. Chambers, Robert H. Kilroe* and *M. Mal Deitch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.